IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREEN TREE SERVICING LLC,

     Appellant,

v.

JULIE POOSER a/k/a JULIE ANN
POOSER, et al.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1820

Opinion filed August 22, 2017.

An appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.

John D. Cusick of Phelan Hallinan Diamond & Jones, PLLC, Ft. Lauderdale;
Kimberly N. Hopkins of Shapiro, Fishman & Gaché, Tampa, for Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and RAY and KELSEY, JJ., CONCUR.